UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| DALE ALAN WITENHAFER<br>SARAH ELIZABETH WITENHAFER<br><br>Debtor(s) | Case No. 08-07691-PHX SSC<br><br>APPLICATION FOR ORDER FOR<br>PAYMENT OF UNCLAIMED FUNDS<br>TO THE U.S. BANKRUPTCY COURT |

S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 3005 | 06/24/2010 | PURE HEALTH SOLUTIONS<br>dba PHSI - PURE WATER FINANCE<br>ATTN JENNIFER GIBSON<br>120 E LAKE ST #401<br>SANDPOINT, ID 83864-1336 | 5.26 |

The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $5.26 to the Clerk of the Court to be deposited in the Registry thereof.

| October 28, 2010 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |